

March 17, 2020

**VIA ELECTRONIC FILING**

The Honorable Malachy E. Mannion
United States District Court
Middle District of Pennsylvania
235 N Washington Street
Scranton, PA 18501

    **RE:**    Kansky v. City of Wilkes-Barre, et al.

Dear Judge Mannion:

    Kindly be advised that you use my number (570) 654-9675 to call in and I will then contact Attorney Bufalino.

    If this does not work, please let me know.

    Very Truly Yours,

    THE EMPLOYMENT LAW FIRM

    s/ Cynthia L. Pollick
    Cynthia L. Pollick, Esquire

CLP/lc
cc: Mark Bufalino, Esquire via Electronically