UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE J. KANSKY, : | |
| Plaintiff : | CIVIL ACTION NO. 3:20-0043 |
| v. : | (JUDGE MANNION) |
| CITY OF WILKES-BARRE, : <br> RICHARD HARDING, Individually <br> and JOSEPH COFFAY, : <br> Individually, | |
| : | |
| Defendants | |

**O R D E R**

Presently before the court is the defendants' motion to dismiss the amended complaint. (Doc. 18). Because the plaintiff has since filed a second amended complaint, (Doc. 25), defendants' motion to dismiss is **DISMISSED AS MOOT**.

S/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATED: February 11, 2022
20-0043-08