# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE J. KANSKY | : | |
|     PLAINTIFF | : | 20-CV-0043 |
| | : | |
| V. | : | CIVIL ACTION |
| | : | |
| CITY OF WILKES-BARRE | : | JURY TRIAL DEMANDED |
| RICHARD HARDING and JOSEPH | : | |
| COFFAY, | : | |
|     DEFENDANTS | : | |

## ORDER

AND NOW this 20th day of October, 2022, it is hereby

ORDERED that the discovery and other pretrial deadlines be extended as follows:

**Fact Discovery** - February 17, 2023

**Plaintiff's Expert Reports** - March 17, 2023

**Defendants' Expert Reports** - April 17, 2023

**Supplemental Expert Reports** - May 5, 2023

**Expert Discovery Deadline** - May 19, 2023

**Dispositive Motions** - March 17, 2023

BY THE COURT:

Judge Malachy Mannion